IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| SHELIA MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VERSUS | ) | CIVIL ACTION NO.: 1:08CV205-SA-JAD |
| | ) | |
| BELLSOUTH COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

Upon motion of the parties, IT IS HEREBY ORDERED that this cause is dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this the 4th day of September 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**

APPROVED:

*/s/ Ron L. Woodruff*
RON L. WOODRUFF
ATTORNEY FOR PLAINTIFF

*/s/ Robert E. Thomas, Jr.*
ROBERT E. THOMAS, JR.
ATTORNEY FOR DEFENDANT